PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>FANDUEL INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:22-cv-01853-BEN-JLB<br>Judge Roger T. Benitez<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Miguel
2  Esparza without prejudice this action against Fanduel Inc. Defendant has not yet filed or
3  served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.
4
5  Dated:  March 20, 2023                                  PACIFIC TRIAL ATTORNEYS
6
7                                                          By: */s/ Scott J. Ferrell*
                                                           Scott J. Ferrell
8                                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.